UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-00002-BO

FILED
JAN 08 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| TERRY SLAUGHTER ) | |
| ) | |

The United States Attorney charges that:

## COUNT ONE

From in or about January 2012, and continuing until in or about March 2015, in the Eastern District of North Carolina and elsewhere, the Defendant, TERRY SLAUGHTER, did knowingly, intentionally and willfully embezzle, steal, abstract and convert to his own use and the use of another, on a recurring basis, money, funds, property, and other assets of a labor organization of which he was an officer, knowing his appropriation of the property was unauthorized, in violation of Title 29, United States Code, Section 501(c).

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

## **FORFEITURE NOTICE**

Upon conviction of the offense set forth in Count One of this Criminal Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violation.

The forfeitable property includes, but is not limited to, the gross proceeds of the offense described in Count One of this Criminal Information in the amount of at least sixty-two thousand three hundred fifteen dollars and thirty-eight cents ($62,315.38).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

ROBERT J. HIGDON, JR.
United States Attorney

BY: TOBY W. LATHAN
Assistant United States Attorney
Criminal Division

3